```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 10889
   RONDA Y SIMS
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2051


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 03/18/2004 and was confirmed 07/12/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  51.29% from remaining funds.

      The case was paid in full 06/12/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------
CAPITAL ONE                UNSECURED       NOT FILED         .00          .00
CARSON PIRIE SCOTT         UNSECURED          988.94         .00       507.22
PORTFOLIO RECOVERY ASSOC   UNSECURED         1740.68         .00       892.78
CITGO                      UNSECURED       NOT FILED         .00          .00
CITY OF CHICAGO PARKING    UNSECURED         3760.00         .00      1928.47
B-LINE/CROSS COUNTRY       UNSECURED         1007.65         .00       516.81
WORLD FINANCIAL NETWORK    UNSECURED         1372.19         .00       703.78
ILLINOIS SECRETARY OF ST   UNSECURED       NOT FILED         .00          .00
PEOPLES GAS                NOTICE ONLY     NOT FILED         .00          .00
SAKS FIFTH AVENUE          UNSECURED       NOT FILED         .00          .00
SEARS ROEBUCK & CO         UNSECURED       NOT FILED         .00          .00
TURNER ACCEPTANCE          UNSECURED       NOT FILED         .00          .00
US CELLULAR                UNSECURED       NOT FILED         .00          .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY       2,819.00                 2,819.00
TOM VAUGHN                 TRUSTEE                                      407.94
DEBTOR REFUND              REFUND                                         4.50

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 7,780.50

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                        4,549.06
ADMINISTRATIVE                                   2,819.00
TRUSTEE COMPENSATION                               407.94
DEBTOR REFUND                                        4.50
                       --------------        --------------
TOTALS                  7,780.50                 7,780.50


                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 10889 RONDA Y SIMS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                               /s/ Tom Vaughn

Dated: 10/04/07                       _____
                                               TOM VAUGHN
                                               CHAPTER 13 TRUSTEE